JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JORGE HIGUERA,<br><br>           Plaintiff,<br><br>v.<br><br>MUFG UNION BANK, N.A.,<br><br>           Defendant. | Case No. 8:19-CV-01336-JLS-KES<br><br>*Assigned to District Judge Josephine L. Staton and Magistrate Judge Karen E. Scott*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: November 8, 2018<br>FAC Filed: November 15, 2018<br>SAC Filed: June 10, 2019 |

ORDER FOR DISMISSAL WITH PREJUDICE     Case No. 8:19-CV-01336-JLS-KES

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento CA 95814
916.830.7200

## **ORDER**

Having read and considered the parties' recitals and stipulation, and good cause appearing wherefore, the Court hereby orders as follows:

1) A Dismissal With Prejudice of this action, including any and all claims and counterclaims stated herein against all parties, with each to bear its own attorneys' fees and costs is granted.

Dated: 05/04/2020

JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento CA 95814
916.830.7200

ORDER FOR DISMISSAL WITH PREJUDICE    2.    Case No. 8:19-CV-01336-JLS-KES